# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| JAMES B. LEMAY | | * | |
| --- | --- | --- | --- |
| | PLAINTIFF | * | |
| V. | | * | CASE NO. 4:18CV-00011 SWW |
| DOE | | * | |
| | DEFENDANT | * | |

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE